UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RICKY JOHNSON,

          Plaintiff,

v.

EXPERIAN INORMATION
SOLUTION, INC., *et al.*,

          Defendants.

_____/

Case No. 2:25-cv-13389

District Judge Denise Page Hood
Magistrate Judge Anthony P. Patti

### ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION TO STRIKE (ECF NO. 68) AND STRIKING ECF NOS. 25, 55, 56 AND 57 SUA SPONTE

Consistent with this Court's prior opinion and order cautioning Plaintiff to "to carefully consider the pending motions and whether it may be prudent to withdraw any motions to avoid any possible imposition of sanctions" (ECF No. 69, PageID.324), Plaintiff has filed a motion asking the Court to strike ECF Nos. 23, 28, 48, 49, 50, 51, 53 and 54, in each case indicating that the case has not yet progressed to that stage.  (ECF No. 68.)   Plaintiff's motion to strike (ECF No. 68) is **DENIED AS MOOT** as to ECF Nos. 23 and 28 because the Court has already made a ruling with respect to those filings.  (*See* ECF No. 69.)  Plaintiff's motion is also **DENIED AS MOOT** with respect to ECF Nos. 48 and 49 because the Court has already stricken those filings.  (*Id*..)  Plaintiff's motion is **GRANTED** with

1

respect to ECF Nos. 50, 51, 53 and 54, which are deemed withdrawn and **HEREBY STRICKEN** from the record at Plaintiff's request.

The Court has also become aware that Plaintiff filed responses and replies to Defendants' answers to his pleadings.  These filings are improper under the Federal Rules of Civil Procedure.  Under Fed. R. Civ. P. 7(a)(7), a party may file a response or reply to an answer only when the Court orders one.  The Court ordered no such pleading in this case.  Nor did Plaintiff seek leave from the Court prior to filing, and even if he had, the Court does not desire any such filings.  Accordingly, Plaintiff's unauthorized replies and responses to Defendants' answers (ECF Nos. 25, 55, 56 and 57) are **HEREBY STRICKEN** *sua sponte*.  Plaintiff is cautioned that all parties, including those proceeding without the assistance of counsel, must comply with the Federal Rules of Civil Procedure and the Local Rules of the Eastern District of Michigan.  It is **SO ORDERED**.

Dated: June 8, 2026

_____
Anthony P. Patti
UNITED STATES MAGISTRATE JUDGE

2